PD-0454-15

April 16, 2015

To, The Court of Criminal Appeals

Motion For Extension of time

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 20 2015
Abel Acosta, Clerk

Now comes, Abey Belete Girma, the Appellant in said number case,
Cause Number: 05-14-0023-cR

FILED IN
COURT OF CRIMINAL APPEALS
APR 22 2015
Abel Acosta, Clerk

Abey Belete Girma, Appellant

V.

The State of Texas. Appelle

I the Appellant Abey Belete Girma, acting as Pro se would now respectfuly motion the court inrequest for a time extension to better PrePare for my Petition for discretionary review. The Appellant is not versed in the law and is filing this P.D.R. Pro se. And have limited access to legal research and is only allowed 2 Hrs. at a time in unit law library a day.

And, do to the Complexity issues in this said case it being a Capital crim the Appellant needs the extra time to dillegently research and go over Point of error that where brought into question on direct Appeal. I respectfuly Submit this motion, not with the intent to Prolong, but only to better PrePare and Present My Petition for discretionary review.

I Abey Belete Girma APPellant, in Said Case.
Pray that the court Please consider a time extention of
60 days to PrePare my Petition for discretionary review.

Respectfully submitted

_____
Abey Belete Girma